THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CARMEN L. SEDA-MORALES | § | CASE NO. 04-45174-R |
| XXX-XX-5505 | § | |
| 570 PRAIRIE DELL | § | CHAPTER 13 |
| LEWISVILLE, TX 75067 | § § § | |
| DEBTOR | § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

    | Creditor | Reserve Amount |
    |---|---|
    | ABN AMRO MORTGAGE GROUP, INC. | $3,034.47 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $3,034.47 is attached to this Notice.

Dated: 12/22/09

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

CARMEN L. SEDA-MORALES
570 PRAIRIE DELL
LEWISVILLE, TX 75067


LEN L. NARY
ATTORNEY AT LAW
3010 LBJ FREEWAY, SUITE 1200
DALLAS, TX 75234

BARRETT BURKE WILSON CASTLE
DAFFIN & FRAPPIER, LLP
1900 ST JAMES PLACE, SUITE 500
HOUSTON, TX 77056-4125

ABN AMRO MORTGAGE GROUP, INC.
7159 CORKLAN DRIVE
JACKSONVILLE, FL 32258

ABN AMRO MORTGAGE
14000 CITICARDS WAY
JACKSONVILLE, FL 32258-6456

Dated: 12/22/09

Office of the Standing Chapter 13 Trustee